

Served 8/20/01 pm

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 17 2001

LAWRENCE K. BAERMAN, CLERK
ALBANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

BLERIM TOCI,

             Plaintiff,

   v.                                                                   No. 01-CV-264
                                                                        (DRH)

UNITED STATES OF AMERICA,

             Defendant.

---

### ORDER

As directed during a telephone conference in the above captioned case with counsel for both parties on August 15, 2001, it is hereby

**ORDERED** that petitioner is granted leave to file and serve a brief in reply to the response of the United States on or before **August 24, 2001**; and

**IT IS FURTHER ORDERED** that petitioner's request for oral argument on the pending application is **DENIED**.

**IT IS SO ORDERED**.

Dated: August 17, 2001
        Albany, New York

                                                   David R. Homer
                                       United States Magistrate Judge

AO 72A
(Rev.8/82)